IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re KENNETH DAWSON,           No. C 10-2687 WHA (PR)

                                                     **ORDER OF DISMISSAL**

          Plaintiff.

_____ /

       This pro se civil rights action was opened on June 21, 2010, when plaintiff filed a letter to a judge of the court. On that same day, the clerk notified plaintiff he needed to file a complaint or petition within thirty days in order for his claims to be considered, and that his failure to do so would result in the dismissal of the case. The clerk also notified plaintiff that he had neither paid the filing fee nor submitted an application for leave to proceed in forma pauperis. A copy of the court's form for applications to proceed in forma pauperis was provided with the notice, along with a return envelope. Plaintiff was informed that if he did not either pay the fee or file the application within thirty days the case would be dismissed. No response from plaintiff to either notice has been received. This case therefore is **DISMISSED** without prejudice. The clerk shall close this file.

       **IT IS SO ORDERED.**

Dated: August   22  , 2010.            _/s/ Wm Alsup_____
                                                              WILLIAM ALSUP
                                                               UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.10\DAWSON2687.DSM-IFP.wpd